Jeffrey I. Hasson, WSBA#23741
Davenport & Hasson, LLP
hasson@dhlaw.biz
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant
Professional Recovery Services, Inc. (PRS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLA CASTLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No. CV-10-280-JLQ<br><br>DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT |

    Pursuant to FRCP 56, PRS respectfully moves the Court to enter Judgment against Plaintiff and for PRS on the grounds that Plaintiff cannot prove any claim against PRS, and PRS is entitled to judgment as a matter of law.

    PRS further moves for summary judgment because Plaintiff did not submit a final witness list on or before February 1, 2011 as required by the Court's scheduling order dated October 26, 2010 [Doc. 10].

DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT - 1
Case No. CV-10-280-JLQ

1  There is no genuine issue of material fact, and defendant PRS is entitled to
2  judgment as a matter of law.
3  DATED: <u>February 3, 2011.</u>

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for PRS

DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT - 2
Case No. CV-10-280-JLQ

Certificate of Service

I hereby certify that on February 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Lisa Johnston-Porter</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>     </u>.

<u>s/ Jeffrey I. Hasson</u><br>
Jeffrey I. Hasson, WSBA#23741<br>
Attorney for PRS<br>
Davenport & Hasson, LLP<br>
12707 NE Halsey St.<br>
Portland, OR 97230<br>
Phone: (503) 255-5352<br>
Facsimile: (503) 255-6124<br>
E-Mail: hasson@dhlaw.biz

CERTIFICATE OF SERVICE - 1
Case No. CV-10-280-JLQ