```
1   Jeffrey I. Hasson, WSBA#23741
    Davenport & Hasson, LLP
2   hasson@dhlaw.biz
    12707 NE Halsey St.
3   Portland, OR 97230
    Phone: (503) 255-5352
4   Facsimile: (503) 255-6124
    Attorney for Defendant
5   Professional Recovery Services, Inc. (PRS)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| MARLA CASTLEMAN, | Case No. CV-10-280-JLQ |
|---|---|
| Plaintiff, | DECLARATION OF VINCENT KELLY MULHOLLAND IN SUPPORT OF DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| PROFESSIONAL RECOVERY SERVICES, INC., | |
| Defendant. | |

The undersigned makes this Declaration on Defendant Professional Recovery Service, Inc. ("PRS")'s behalf.

1. I am custodian of the books and records of PRS. Such records are accurately kept, and kept in the regular course of business.

2. If called to testify at trial, I state, and would be competent to state of my own personal knowledge that PRS's books and records reflect the following:

3. PRS is a collection agency.

4. My understanding is that Resurgent Capital Services LP (Resurgent) is a debt buyer.

5. My understanding is that Citicorp Credit Services Inc. (Citicorp) was the debt seller.

DECLARATION OF VINCENT KELLY MULHOLLAND - 1
Case No. CV-10-280-JLQ

6. My understanding based on experience is that The Palmer Firm, PC (Palmer Firm) is an attorney firm located in Rancho Cucumunga, California, and does debt management for debtors.

7. On or about 5/21/09, PRS was assigned an account against Marla Castleman (Castleman) by Resurgent based on a purchased credit card debt in the sum of $1,622.90. The last payment date was indicated to be 9/26/08, and the last payment amount was indicated to be $1,095.63. The debt was incurred on a Sears Mastercard which was managed by Citicorp.

8. On or about 5/21/09, a demand letter was sent to Castleman by PRS with the disclosures required under the Fair Debt Collection Practices Act, 15 USC § 1692g. There was no written response to this demand letter at any time.

9. On or about 6/6/09, Castleman called PRS. Castleman indicated to PRS that her account had been settled by Palmer Firm. She gave a phone number for Palmer Firm of (800) 560-8520. This was the only communication with Castleman.

10. PRS was initially unsuccessful in reaching Palmer Firm on 7/23/09 and 7/30/09.

11. On or about 8/24/09, PRS communicated with Palmer Firm. The Palmer Firm said they needed a letter from PRS showing the Palmer Firm that PRS had the account. PRS faxed the letter attached to the complaint as Exhibit C to the Palmer Firm at (909) 581-7317. Exhibit C was never mailed to Castleman, and was not sent to Castleman in any form except through the fax to the Palmer Firm.

DECLARATION OF VINCENT KELLY MULHOLLAND - 2
Case No. CV-10-280-JLQ

12. On or about 8/31/09, PRS contacted the Palmer Firm, and the Palmer Firm acknowledged receipt of the fax, and indicated they would be mailing PRS a letter.

13. On or about 9/11/09, PRS received information from the Palmer Firm that showed that the account was settled on 9/24/08. PRS canceled the account based upon receipt of this information from the Palmer Firm.

14. I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated 2/3/11 at Voorhees, New Jersey

_____
Vincent Kelly Mulholland

DECLARATION OF VINCENT KELLY MULHOLLAND - 3
Case No. CV-10-280-JLQ

Certificate of Service

1. I hereby certify that on February 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Lisa Johnston-Porter</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: _____.

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for PRS
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz

CERTIFICATE OF SERVICE - 1
Case No. CV-10-280-JLQ