Jeffrey I. Hasson, WSBA#23741
Davenport & Hasson, LLP
hasson@dhlaw.biz
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant
Professional Recovery Services, Inc. (PRS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| MARLA CASTLEMAN, | Case No. CV-10-280-JLQ |
|---|---|
| Plaintiff, | STATEMENT OF MATERIAL FACTS PURSUANT TO LR 56-1 IN SUPPORT OF DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| PROFESSIONAL RECOVERY SERVICES, INC., | |
| Defendant. | |

1.   PRS is a collection agency.  [Declaration of Vincent Kelly Mulholland (Mulholand) ¶ 3].

2.   Resurgent Capital Services LP (Resurgent) is a debt buyer. [Mulholland ¶ 4].

3.   Citicorp Credit Services Inc. (Citicorp) was the debt seller. [Mulholland ¶ 5].

4.   The Palmer Firm, PC (Palmer Firm) is an attorney firm located in Rancho Cucumunga, California.  It does debt management for debtors. [Mulholland ¶ 6].

5.   On or about 5/21/09, PRS was assigned an account against Marla Castleman (Castleman) by Resurgent based on a purchased credit card debt in the

STATEMENT OF MATERIAL FACTS PURSUANT TO LR 56-1 IN SUPPORT OF DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT - 1
Case No. CV-10-280-JLQ

1  sum of $1,622.90.  The last payment date was indicated to be 9/26/08, and the last
2  payment amount was indicated to be $1,095.63.  The debt was incurred on a Sears
3  Mastercard which was managed by Citicorp.  [Mulholland ¶ 7].

4      6.      On or about 5/21/09, a demand letter was sent to Castleman by PRS
5  with the disclosures required under the Fair Debt Collection Practices Act, 15 USC
6  § 1692g.  There was no written response to this demand letter at any time.
7  [Mulholland ¶ 8].

8      7.      On or about 6/6/09, Castleman called PRS.  Castleman indicated to
9  PRS that her account had been settled by Palmer Firm.  She gave a phone number
10 for Palmer Firm of (800) 560-8520.  This was the only communication with
11 Castleman.  [Mulholland ¶ 9].

12     8.      PRS was initially unsuccessful in reaching Palmer Firm on 7/23/09
13 and 7/30/09.  [Mulholland ¶ 10].

14     9.      On or about 8/24/09, PRS communicated with Palmer Firm.  The
15 Palmer Firm said they needed a letter from PRS showing the Palmer Firm that PRS
16 had the account.  PRS faxed the letter attached to the complaint as Exhibit C to the
17 Palmer Firm at (909) 581-7317.  Exhibit C was never mailed to Castleman, and
18 was not sent to Castleman in any form except through the fax to the Palmer Firm.
19 [Mulholland ¶ 11].

20     10.     On or about 8/31/09, PRS contacted the Palmer Firm, and the Palmer
21 Firm acknowledged receipt of the fax, and indicated they would be mailing PRS a
22 letter.  [Mulholland ¶ 12].

1   11. On or about 9/11/09, PRS received information from the Palmer Firm that showed that the account was settled on 9/24/08. PRS canceled the account based upon receipt of this information from the Palmer Firm. [Mulholland ¶ 13].

12. On 8/23/10, Castleman filed this complaint against PRS. [Doc. 1].

13. On 10/26/10, the Court entered an Order requiring Plaintiff to file is final witness list on or before 2/1/11 [Doc. 10]. The Court stated that "Only listed witnesses may testify." [Doc. 10].

14. Plaintiff failed to file and serve a final witness list on or before 2/1/11.

DATED: <u>February 3, 2011.</u>

                                      DAVENPORT & HASSON, LLP

                                      s/ Jeffrey I. Hasson
                                      Jeffrey I. Hasson, WSBA#23741
                                      Attorney for PRS

STATEMENT OF MATERIAL FACTS PURSUANT TO LR 56-1 IN SUPPORT OF DEFENDANT PROFESSIONAL RECOVERY SERVICES' MOTION FOR SUMMARY JUDGMENT - 3
Case No. CV-10-280-JLQ

Certificate of Service

I hereby certify that on February 3, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>Lisa Johnston-Porter</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>     </u>.

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Attorney for PRS
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@dhlaw.biz

CERTIFICATE OF SERVICE - 1
Case No. CV-10-280-JLQ