UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLA CASTLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | NO.   CV-10-0280-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY ORDERED:** The parties Stipulated Motion to Dismiss (**ECF No. 30**, amended at ECF No. 32) is **GRANTED**. Pursuant to Fed.R.Civ.P. 41(a)(2) and the Stipulation of the parties (ECF No. 32), the Clerk of this court shall enter judgment of dismissal with prejudice of the First Amended Complaint (ECF No. 5) and the claims therein and the Counterclaim (ECF No. 9) and the claims therein without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

**DATED** this 21st day of April 2011.

                         s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1