AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MARLA CASTLEMAN

v.

PROFESSIONAL RECOVERY SERVICES, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-280-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint and the claims therein and Defendant's Counterclaim and the claims therein are dismissed with prejudice.

April 21, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb